Argued and submitted December 12, 1980,
remanded for resentencing January 26, 1981

STATE OF OREGON,
*Respondent,*
*v.*
PAUL JOSEPH HERNANDEZ,
*Appellant.*

(No. 80-26-C, CA 18354)

622 P2d 335

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for appellant.

Virginia L. Linder, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor General, Salem.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

## PER CURIAM

The state concedes that the trial court erred in failing to obtain an updated presentence investigation before imposing the sentence. Although the court determined that a supplement was unnecessary, and the district attorney appeared to concur in that conclusion, defendant did not sign a written waiver. On the contrary, defendant voiced an express desire to have an additional presentence report submitted to the court. Accordingly, the case is remanded for resentencing.

Remanded for resentencing.